**Order entered April 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00413-CV

## IN THE INTEREST OF M.O., ET AL., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19769-Z**

## ORDER

This is an accelerated appeal in a child protection case. Pursuant to rule of appellate procedure 34.5(c)(1), we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than April 30, 2019, a supplemental clerk's record containing a copy of the trial court's July 26, 2018 "Chapter 263" order and August 24, 2018 "extend misc" order.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE